**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Civil Case No. 13-cv-01932-LTB

CSX TRANSPORTATION, INC.,

      Plaintiff,

v.

MARK VII, LLC,

      Defendant.

_____

**ORDER**
_____

Upon Plaintiff's Motion for Entry of Default Judgment Pursuant to Federal Civil Rule 55(b) (Doc 7 - filed August 29, 2013), the Court finds and concludes:

1.    On July 19, 2013, CSX filed its Complaint against Mark VII to recover for unpaid freight charges owed to CSX.

2.    Personal service of CSX's Complaint was effectuated upon Agents and Corporations, Inc., Registered Agent of Defendant Mark VII, on July 25, 2013.

3.    On August 19, 2013, CSX electronically filed its Motion for Entry of Clerk's default.

4.    On August 19, 2013, the Clerk entered default against Mark VII for failure to plead or otherwise defend as required by the Federal Rules of Civil Procedure.

5.    As a result of the default entered against Mark VII, Mark VII is liable to CSX

for unpaid freight charges.

6.      CSX's claim against Mark VII is for a sum certain or a sum that, by computation, can be made certain.  Mark VII is liable to CSX in the amount of $95,649.00 for the aforementioned charges.

7.      The amount of the judgment to be entered against Mark VII, as averred in the Affidavit of Kay Fearrington, is justly due and owing, and the costs sought to be taxed have been or will necessarily be incurred in the action.

It is therefore ORDERED that default judgment shall enter against defendant Mark VII, LLC and in favor of CSX Transportation, Inc., pursuant to Fed. R. Civ. P. 55(b)(1), in the amount of $95,649.00.

BY THE COURT:

 s/ Lewis T. Babcock
LEWIS T. BABCOCK, JUDGE

DATED:  August 30, 2013